UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD BASCIANO,

                     Plaintiff,

-against-

CHILD SUPPORT ENFORCEMENT MT. VERNON OFFICE,

                     Defendant.

1:19-CV-11797 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued February 4, 2020, dismissing this action for failure to state a claim on which relief may be granted,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  February 4, 2020
          New York, New York

                                                COLLEEN McMAHON
                                                Chief United States District Judge